Joseph M. Alioto (SBN 42680)
Joseph M. Alioto, Jr. (SBN 215544)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: JAliotoJr@AliotoLaw.com

[*Additional attorneys last page*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSAN ENTERPRISES, INC.; CMC INVESTMENTS, INC.; and TODD INVESTMENTS CO.;  *Plaintiffs*,  v.  HERTZ GLOBAL HOLDINGS, INC. and DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.;  *Defendants*. | Civil No. 3:10-cv-04289-RS |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Cassan Enterprises, Inc., CMC Investments, Inc., and Todd Investments Co. voluntarily dismiss without prejudice the above-entitled action against Defendants Hertz Global Holdings, Inc. ("Hertz") and Dollar Thrifty Automotive Group, Inc. ("DTG").

This voluntary dismissal is grounded on the rejection by DTG's shareholders of the offer of Hertz to acquire DTG, as well as Defendants' withdrawal of their merger application to the United States Department of Justice under the Hart-Scott-Rodino Antitrust Improvement Act of 1976. This dismissal is without prejudice and Plaintiffs reserve the right to refile a complaint against Defendants together, separately, or in conjunction with other parties.

This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

October 20, 2010     Respectfully submitted,

  /s/
Joseph M. Alioto, Jr.

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier SBN 235740)
**ALIOTO LAW FIRM**
555 California Street
Thirty-First Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
JAliotoJr@AliotoLaw.com

Theodore F. Schwartz (SBN 58946)
Kenneth R. Schwartz
**LAW OFFICES OF THEODORE F. SCHWARTZ**
230 South Bemiston, Suite 770
Clayton, Missouri 63105
Telephone: (314) 863-4654
Facsimile: (314) 862-4357
Theodore@Schwartz-Schwartz.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that counsel for both defendants have separately agreed to accept service of this document by electronic mail and that on October 20, 2010 I served counsel for defendants through the following electronic mail addresses:

George Cary
Cleary Gottlieb Steen & Hamilton LLP
gcary@cgsh.com
Counsel for defendant Dollar Thrifty Automotive Group, Inc.

Jeffrey Levee
Jones Day
jlevee@JonesDay.com
Counsel for defendant Hertz Global Holdings, Inc.

October 20, 2010

*/s/*_____
Joseph M. Alioto, Jr.

**ALIOTO LAW FIRM**
555 California Street
Thirty-First Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
JAliotoJr@AliotoLaw.com

*Attorneys for Plaintiffs*